ROLAND TELLIS (SBN 186269)
BARON & BUDD, P.C.
15910 Ventura Boulevard, Suite 1600
Encino, California 91436
Telephone: (818) 839-2333/Fax: (818) 986-9698

KIRK J. WOLDEN (SBN 138902)
CLIFFORD L. CARTER (SBN 149621)
CARTER WOLDEN CURTIS, LLP
1111 Exposition Boulevard, Suite 602
Sacramento, California 95815
Telephone: (916)567-1111/Fax: (916)567-1112

RICHARD M. GOLOMB (*Pro Hac Vice* to be filed)
KENNETH J. GRUNFELD (*Pro Hac Vice* to be filed)
GOLOMB & HONIK, P.C.
1515 Market Street, Suite 1100
Philadelphia, Pennsylvania 19102
Telephone: (215)985-9177/Fax: (215)985-4169

Attorneys For Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA *EX REL.*, ERIC L. HERYFORD, DISTRICT ATTORNEY, TRINITY COUNTY,<br><br>Plaintiff,<br><br>v.<br><br>CITIGROUP, INC., et al.,<br><br>Defendants. | Case No.: 2:16-cv-00469-TLN-EFB<br>CLASS ACTION<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE AN AMENDED COMPLAINT**<br><br>Hon. Troy L. Nunley |

1 | **WHEREAS** the Court granted Defendants' motion to dismiss on June 26, 2018 and granted Plaintiff leave to file an amended complaint within thirty days;

**WHEREAS** on June 1, 2018, Governor of California Jerry Brown appointed Plaintiff Trinity County District Attorney Eric Heryford as a judge of the Superior Court of California, Trinity County;

**WHEREAS** Plaintiff's counsel requests a short extension of the deadline to amend in order to allow for the appointment of the new District Attorney and time to confer with her regarding the litigation;

**IT IS HEREBY STIPULATED AND AGREED,** subject to approval by the Court, by and among Plaintiffs The People of the State of California *Ex Rel.*, Eric L. Heryford, District Attorney, Trinity County (hereinafter "Plaintiffs") on the one side and Defendants CitiGroup Inc., CitiBank, N.A., and Department Stores National Bank (hereinafter "Defendant"), on the other, by and through their undersigned counsel, that Plaintiffs and Defendant have agree to extend the time in which Plaintiffs have to file an Amended Complaint. The deadline to file an Amended Complaint shall be up to and including September 24, 2018.

Dated: July 12, 2018          BARON & BUDD, P.C.

By: /s/Roland Tellis
     Roland Tellis

Roland Tellis (SBN 186269)
BARON & BUDD, P.C.
15910 Ventura Blvd., Suite 1600
Encino, California 91436
Telephone: (818) 839-2333/Fax: (818) 986-9698

KIRK J. WOLDEN (SBN 138902)
CLIFFORD L. CARTER (SBN 149621)
CARTER WOLDEN CURTIS, LLP
1111 Exposition Boulevard, Suite 602
Sacramento, California 95815
Telephone: (916)567-1111/Fax: (916)567-1112

RICHARD M. GOLOMB (*Pro Hac Vice* to be filed)
KENNETH J. GRUNFELD (*Pro Hac Vice* to be filed)
GOLOMB & HONIK, P.C.
1515 Market Street, Suite 1100
Philadelphia, Pennsylvania 19102
Telephone: (215)985-9177/Fax: (215)985-4169

Attorneys For Plaintiff
Eric L. Heryford, in his Capacity as District Attorney, Trinity County

Dated: July 12, 2018              STROOCK & STROOCK & LAVAN LLP

                                  By: /s/Julia B. Strickland

                                  Julia B. Strickland
                                  jstrickland@stroock.com
                                  STROOCK & STROOCK & LAVAN LLP
                                  2029 Century Park East
                                  Los Angeles, California 90067

                                  Attorneys for Defendants CitiGroup Inc., CitiBank, N.A., and Department Stores National Bank

<u>Local Rule 131 Attestation</u>

I attest that Counsel at Stroock & Stroock & Lavan LLP concur in this filing's content and has authorized the filing.

Dated: July 12, 2018                         By: /s/Roland Tellis
                                                 Roland Tellis

# **ORDER**

Pursuant to the parties' stipulation and for good cause shown, IT IS HEREBY ORDERED that the deadline for Plaintiff to file an Amended Complaint is extended to September 24, 2018.

Dated: July 16, 2018

_____
Troy L. Nunley
United States District Judge